U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Mac Funding Corporation<br>            Plaintiff,<br>v.<br>Terry Slagle and Tami Slagle<br>            Defendants. | Case Number:<br>FILED: JULY 08, 2008<br>08CV3876<br>JUDGE NORGLE<br>MAGISTRATE JUDGE DENLOW<br>AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mac Funding Corporation, Plaintiff

---

| |
|---|
| NAME (Type or print)<br>Rein F. Krammer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Rein F. Krammer |
| FIRM<br>Masuda, Funai, Eifert, & Mitchell, Ltd. |
| STREET ADDRESS<br>203 North LaSalle Street, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, Illinois   60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06216386 | TELEPHONE NUMBER<br>(312) 245-7500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |