# United States District Court for the Northern District of Illinois

Case Number: 08CV3876  Assigned/Issued By: DAJ

Judge Name: NORGLE  Designated Magistrate Judge: DENLOW

## FEE INFORMATION

Amount Due: [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other ____
[ ] $455.00

Number of Service Copies ____  Date: ____

(For Use by Fiscal Department Only)

Amount Paid: 350.00  Receipt #: 2915507

Date Payment Rec'd: 07/08/08  Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons  [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets  (Victim, Against and $ Amount)
[ ] Writ ____
(Type of Writ)

2 Original and 0 copies on 07/08/08 as to DEF'S.
(Date)