IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAC FUNDING CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 08-CV-03876 ) ) |
| TERRY SLAGLE and TAMI SLAGLE, | ) ) |
| Defendants. | ) ) |

## MOTION TO (I) STRIKE DEFENDANTS' ANSWERS, (II) TO ENTER JUDGMENT, AND (III) FOR SANCTIONS

Plaintiff MAC FUNDING CORPORATION ("MAC Funding") by and through its attorneys, MASUDA, FUNAI, EIFERT & MITCHELL, LTD., hereby moves this Court (i) to strike the Answers of Defendants, TERRY SLAGLE and TAMMY SLAGLE in their entireties, pursuant to Federal Rules of Civil Procedure 12(f)(2) and 10(b), and U.S. District Court for the Northern District of Illinois Rule 10.1, (ii) to enter judgment for failing to comply with this Court's Order of November 26, 2008, and (iii) for sanctions. This Motion is based upon all pleadings, files, records, and proceedings herein, and the attached Memorandum of Law.

Dated: January 8, 2009

Respectfully submitted,

**MAC FUNDING CORPORATION**

By: /s/ Rein F. Krammer
One of Its Attorneys

Rein F. Krammer, Esq.
Masuda, Funai, Eifert & Mitchell, Ltd.
Attorneys for Plaintiff, MAC Funding Corporation
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312) 245-7500
(312) 245-7467
N:\SYS02\6309\LITG\LITG\01110002.doc